

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/11/2019

| | |
|---|---|
| In re: <br><br> VANGUARD NATURAL RESOURCES, LLC, *et al.*, <br><br> Reorganized Debtors. <br><br> VANGUARD NATURAL RESOURCES, LLC, <br><br> Plaintiff, <br> v. <br><br> CLARKO OILFIELD SERVICES, INC., <br><br> Defendant. | Chapter 11 <br><br> Case No. 17-30560 <br><br> (Jointly Administered) <br><br><br><br> Adv. No. 19-03102 |

## AGREED ORDER

By agreement of the parties, Defendant Clarkco Oilfield Services, Inc. is granted an extension through April 8, 2019, in which to file an answer or other responsive pleading. No defense or relief is waived by reason of this extension.

Signed: March 11, 2019

_____
Marvin Isgur
United States Bankruptcy Judge